IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SUMMIT HOMES LLC, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>BUGBEE CONSTRUCTION )<br>INCORPORATED d/b/a )<br>BUGBEE HOMES, )<br>)<br>Defendant. ) | 4:05CV3256<br><br>**REASSIGNMENT ORDER** |

The Report of Parties' Planning Conference, filing 10, states that the parties do not consent to trial before a magistrate judge. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 5th day of December, 2005.

BY THE COURT:

s/ Joseph F. Bataillon, Chief Judge
United States District Court