IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUMMIT HOMES, LLC, | ) | 4:05CV3256 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BUGBEE CONSTRUCTION INCORPORATED d/b/a BUGBEE HOMES, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Joint Motion to Extend Deadline for Serving Pre-Trial Disclosures,

IT IS ORDERED that the deadline for serving pre-trial disclosures is extended to January 27, 2006.

Dated this 12th day of January, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

L0677376.1