IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUMMIT HOMES, LLC, | ) | 4:05CV3256 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BUGBEE CONSTRUCTION | ) | |
| INCORPORATED d/b/a | ) | |
| BUGBEE HOMES | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the Joint Motion to Extend Deadline for Serving Pretrial Disclosures, filing 16,

IT IS ORDERED that the deadline for serving pretrial disclosures is extended to February 10, 2006.

Dated this 27th day of January, 2006.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

(L:\PIESTER\CAR\Public\Proposed Orders\Summit-pt disclosures ddl ext.wpd)