IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUMMIT HOMES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3256 |
| | ) | |
| v. | ) | |
| | ) | |
| BUGBEE CONSTRUCTION | ) | ORDER |
| INCORPORATED d/b/a BUGBEE | ) | |
| HOMES, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

   The parties' joint motion for time, filing 18, is granted
and the deadline for serving pretrial disclosures is extended to
February 24, 2006.

   DATED this 13th day of February, 2006.

                         BY THE COURT:

                         s/ *David L. Piester*

                         David L. Piester
                         United States Magistrate Judge