```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

SUMMIT HOMES,                    )
                                 )
              Plaintiff,         )          4:05CV3256
                                 )
         v.                      )
                                 )
BUGBEE CONSTRUCTION,             )             ORDER
                                 )
              Defendant.         )
                                 )
```

IT IS ORDERED:

The joint letter request of counsel is granted and the telephone planning conference is continued from March 9 to March 16, 2006 at 9:00 a.m. Plaintiff's counsel shall place the call.

DATED this 2nd day of March, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge