IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SUMMIT HOMES, LLC, | ) | Case No. 05-CV-3256 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BUGBEE CONSTRUCTION | ) | ORDER |
| INCORPORATED d/b/a | ) | |
| BUGBEE HOMES; TROY BUGBEE; | ) | |
| STEVEN SCHMIDT, d/b/a | ) | |
| STRUCTURES DESIGN & | ) | |
| DRAFTING SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1. The Plaintiff's Unopposed Motion to File First Amended Complaint , filing 24, is granted.

2. The plaintiff shall file its First Amended Complaint, a copy of which is attached to the filing 24 motion, on or before June 30, 2006.

Dated this 23rd day of June , 2006.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge