```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SUMMIT HOMES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3256 |
| | ) | |
| v. | ) | |
| | ) | |
| BUGBEE CONSTRUCTION, | ) | ORDER |
| INCORPORATED d/b/a | ) | |
| BUGBEE HOMES; TROY BUGBEE; | ) | |
| STEVEN SCHMIDT d/b/a | ) | |
| STRUCTURES DESIGN & | ) | |
| DRAFTING SERVICE, | ) | |
| | ) | |
| Defendants. | ) | |

On the court's own motion,

IT IS ORDERED,

Counsel for the parties shall meet and confer in accordance with Fed. R. Civ. P. 26(f) and inform the court within ten days of their views on scheduling matters and when this matter may be ready for trial.

DATED this 14th day of August, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge