```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SUMMIT HOMES, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3256 |
| | ) | |
| v. | ) | |
| | ) | |
| BUGBEE CONSTRUCTION, TROY | ) | ORDER |
| BUGBEE, and STEVEN SCHMIDT, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED:

The parties' "Report of Rule 26 Planning Conference", filing 42, is adopted and,

1. Jury trial is set for 9:00 a.m., February 26, 2007 for a duration of four days before the Honorable Richard G. Kopf in Courtroom 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as Reichert v. Village of Greeley, 4:06cv3026; Clark v. J.C. Penney, 4:06cv313; and Wilde v. City, 4:05cv3293. Jury selection will be held at commencement of trial.

2. The pretrial conference will be held February 1, 2007 at 11:00 a.m. before the undersigned magistrate judge.

3. The deposition deadline is set for December 8, 2006, and other deadlines which use the deposition deadline as a point of reference are extended accordingly.

4. All other provisions of the court's order setting this case for trial shall remain in effect.

DATED this 7th day of September, 2006.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge